THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 06-60361-CR-ZLOCH

UNITED STATES OF AMERICA,

vs.

DALAYN GONZALEZ-LINARES
Defendant.
_____/

ORDER ON DEFENDANT'S MOTION
TO CONFIRM EMPLOYMENT
BY ALTERNATE MEANS FOR PRESENTENCE REPORT

This matter came before the court pursuant to Defendant Dalayn Gonzalez' Motion to Verify Employment by Alternate Means for Presentence Report. After reviewing the motion and the documents in support thereof, it is:

ORDERED and ADJUDGED that the defendant's motion is GRANTED and it is hereby recommended that the Probation Department allow the Defendant to initiate the contact with his employer in order to confirm his employment status.

DONE and ORDERED in Fort Lauderdale, Florida this 6 day of July, 2007.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
David Markus, Esq.
PO Urina Salamanca (MIA)